BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,　　)　　2:11-MJ-00350-GGH
　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　 )　　Order of Dismissal
　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　)
　　　　　　　　　　　　　　　)
DALMACIO L. VILLENA,　　　　　)
　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　)
_____)

It is hereby Ordered that the plaintiff United States of America's Motion to Dismiss the above captioned matter is GRANTED.

IT IS SO ORDERED.


Dated: December 2, 2011

　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE